IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARNES, | No. C 08-5275 MEJ |
| Plaintiff(s), | **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

On February 17, 2009, Defendant filed a Motion to Dismiss. (Dkt. #10.) On February 23, 2009, Plaintiff filed an Opposition. (Dkt. ## 14, 15.) The parties have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. The parties are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: February 26, 2009

MARIA-ELENA JAMES
United States Magistrate Judge