UNITED STATES  DISTRICT COURT

Northern District of California

SCOTT E. BARNES,

                Plaintiff(s),

    v.

MICHAEL J. ASTRUE,

                Defendant(s).

_____/

No. C 08-05275 MEJ

**ORDER FOR PARTIES TO FILE
JOINT STATUS REPORT**

    On February 27, 2009, the Court granted Defendant's motion to withdraw his motion to dismiss.  (Dkt. #18.)  Since that time, no further docket activity has taken place.  Accordingly, the Court hereby ORDERS the parties to file a joint status report by August 20, 2009.

    **IT IS SO ORDERED.**

Dated: August 4, 2009

_____

Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California