JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:08-CV-05275-MEJ<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 25) be extended from October 20, 2009 to November 18, 2009.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant needs the additional time to further review the file and prepare a response in this matter.

///

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: October 20, 2009 | */s/ Joel William Roberts*<br>(As authorized via e-mail)<br>JOEL WILLIAM ROBERTS<br>Attorney for Plaintiff |
| Dated: October 20, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |

**IT IS SO ORDERED:**

Dated: October 20, 2009

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

2