UNITED STATES DISTRICT COURT

Northern District of California

SCOTT E. BARNES

                Plaintiff(s),         No. C 08-05275 MEJ

  v.

MICHAEL J. ASTRUE

                Defendant(s).

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On November 18, 2009, Defendant electronically filed a Cross-Motion for Summary Judgment. (Dkt. #30.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: December 1, 2009

                                                                   _____
                                                                   Maria-Elena James
                                                                   Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California